IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE SINGLETON,** : | |
| : | **Civ. No. 1:13-cv-2711** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **Judge Rambo** |
| **LAUREL HARRY, et al.,** : | |
| : | **Magistrate Judge Schwab** |
| **Defendants.** : | |

# O R D E R

**AND NOW**, this 13th day of September, 2016, **IT IS HEREBY**

**ORDERED AS FOLLOWS:**

1) The report and recommendation (Doc. 24) is **ADOPTED**;

2) The Eighth Amendment claim is dismissed with prejudice;

3) The due process claim of being held in confinement without having a parole revocation hearing is not dismissed;

4) Should Defendants file a motion for summary judgment pursuant to Middle District Local Rule 56.1, Plaintiff shall have 30 days to pursue discovery in order to respond to the motion. Said response shall be filed within 15 days from the close of discovery.

5) This matter is remanded back to the magistrate judge.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge