# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE SINGLETON,** | : | **Civil No. 1:13-CV-2711** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **LAUREL HARRY, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of January 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion for summary judgment (Doc. 119) is GRANTED as to Defendant Peters but DENIED as to Defendant Harry. The parties shall prepare a joint case management plan proposing a trial schedule and notifying the court if the parties wish to pursue mediation **on or before January 23, 2023**.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
